No. 09–5003/AF.  U.S. v. Brandon T. Rose.  CCA 36508.  On consideration of the motions filed by Brooks Holland, Assistant Professor of Law, Gonzaga University School of Law, to permit law students to appear on behalf of Amicus Curiae, to appear as Amicus Curiae and file untimely brief, and to submit oral argument, it is ordered that said motions are hereby granted, and the Amicus Curiae will be allotted 10 minutes to present oral argument.

No. 12–0377/AR.  U.S. v. Randy A. Giddens.  CCA 20090598.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 2, 2012.

No. 12–0236/NA.  U.S. v. Tyler M. Rossman.  CCA 201100186.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine

Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0495/AR. U.S. v. Brandon K. Price. CCA 20100382. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and Appellant's supplement to the petition, it is ordered that Appellee shall file an answer to the supplement within 20 days of the date of this order. Appellant may file a reply with 5 days of the answer.

No. 11–0559/NA. U.S. v. Jordan J. Escochea–Sanchez. CCA 201000093. On consideration of Appellant's motion for leave to file a second petition for reconsideration out of time and Appellant's second petition for reconsideration, it is ordered that said motion is hereby denied and said petition is denied as moot.

* It is directed that the promulgating order be corrected to reflect that the adjudged sentence included a bad–conduct discharge.